# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

————————————

**No. 201500247**

————————————

## UNITED STATES OF AMERICA
*Appellee*

v.

## Nathaniel RODRIGUEZ
Aviation Electronics Technician
First Class Petty Officer (AT1), U.S. Navy
*Appellant*

————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Captain Ann K. Minami, JAGC, USN.
For Appellant: Lieutenant Commander William L. Geraty,
JAGC, USN.
For Appellee: Brian K. Keller, Esq.

————————————

Decided 2 October 2018

————————————

Before HUTCHISON, WOODARD, and RUSSELL,
*Appellate Military Judges*

————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

FOR THE COURT

RODGER A. DREW, JR.
Clerk of Court